Cheryl Griffin ROARK, Individually and o/b/o Her Minor Children, Justin D. Roark, Jr., et al.

v.

LIBERTY HEALTHCARE SYSTEMS, INC., and Evanston Insurance Company

NO. 2016-C-1174

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of Union, 3rd Judicial District Court Div. B, No. 45,446; to the Court of Appeal, Second Circuit, No. 50,632-CA

Denied.

STATE EX REL. Monotor PETE

v.

STATE of Lousiana

No. 2016-KH-1331

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. H, No. 525-340; to the Court of Appeal, Fourth Circuit, No. 16-K-467.

Denied.

STATE EX REL. Danny Thompson

v.

STATE of Louisiana

NO. 2016-KH-1466

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Iberia, 16th Judicial District Court Div. A, No. 16-CR-636; to the Court of Appeal, Third Circuit, No. KH 16-00528

Denied.